# MOTION DOCKET

**87–155.** Carney v. McAfee. *Erie County,* No. E–85–68. On motion to dismiss the motion for relief from judgment. Motion denied.

RESNICK, J., not participating.

**93–1299.** State ex rel. Thomson Newspapers, Inc. v. Indus. Comm. *Franklin County,* No. 91AP–1045. On request for oral argument. Request denied.

**93–1340.** State ex rel. Balvin v. Youghiogheny & Ohio Coal Co. *Franklin County,* No. 92AP–665. On request for oral argument. Request denied.

**93–2263.** Hicks v. Consol. Rail Corp. *Clermont County,* No. CA93–03–018. On motion for leave to file brief *amicus curiae* by Association of American Railroads. Motion granted.

**93–2307.** Dillon v. Med. Ctr. Hosp. *Ross County,* No. 93–CA–1942. On motion for leave to file brief *amicus curiae* by Ohio Hospital Association. Motion granted.

**93–2331.** Canton Storage & Transfer Co., Inc. v. Pub. Util. Comm. Public Utilities Commission, Nos. 90506TRACE, 90507TRACE, 90508TRACE *et seq.* On request for oral argument independent of 93–2332 and 93–2449, *infra.* Request denied.

**93–2332.** Advance Transfer Co. v. Pub. Util. Comm. Public Utilities Commission, Nos. 90506TRACE, 90507TRACE, 90508TRACE *et seq.* On motion requesting independent oral argument and allocation of time. Motion denied.

**93–2449.** Carr's Moving & Storage Co. v. Pub. Util. Comm. Public Utilities Commission, Nos. 90506TRACE, 90507TRACE, 90508TRACE *et seq.* On request for oral argument independent of 93–2331 and 93–2332, *supra.* Request denied.

**93–2561.** Cleveland Bar Assn. v. Sterling. On request for extension of time to pay costs. Request granted.

MOYER, C.J., and F.E. SWEENEY, J., dissent.

**94–314.** Hernandez v. Martin Chevrolet, Inc. *Trumbull County,* No. 92–T–4739. On motion for leave to file brief *amicus curiae* by Ohio Academy of Trial Lawyers. Motion granted.

**94–381.** State v. Stewart. *Stark County,* No. 9154. On motion to amend memorandum. Motion granted.

**94–396.** Goldstein v. Christiansen. *Lucas County,* No. L–93–332. On motion for leave to intervene by Denton Tussing et al. Motion granted.

F.E. SWEENEY, J., dissents.

On motion to advance case on docket and to obtain damages for delay. Motion denied.

**94–722.** State v. Fautenberry. *Hamilton County,* No. C–920734. On motion for leave to file delayed appeal. Motion granted.

RESNICK, J., dissents.

**94–772.** State v. Shanley. *Miami County,* No. 92–CA–68. On motion to withdraw pleading. Motion granted.